

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

_____

No. 08-25-00248-CV

_____

In the Interest of D. B. O. and E. A. O., Children

On Appeal from the 388th District Court
El Paso County, Texas
Trial Court No. 2015DCM5966

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for failure to pay the required filing fee. Tex. R. App. P. 42.3(c), 5.

Appellant, Rubi Ulloa, filed a notice of appeal on October 9, 2025. Upon filing, the Clerk of this Court notified Ulloa that the required filing fee and docketing statement were due no later than October 25, 2025. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs); Tex. R. App. P. 32.1 (requiring

an appellant to file a docketing statement "[p]romptly" upon filing a notice of appeal). The letter notified Ulloa that this appeal would be dismissed if she did not comply by the deadline. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Ulloa has not paid the filing fee or shown she is excused from payment, nor has she filed a docketing statement. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 32.1, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

November 6, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.